IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Steven L. Ford, | Case No. 3:11 CV 616 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Lucas Metropolitan Housing Authority, | |
| Defendant. | |

In this *in forma pauperis* action, *pro se* Plaintiff Steven Ford seeks $30,000 in back pay from his former employer, Defendant Lucas Metropolitan Housing, for defamation of character, invasion of privacy, and breach of contract (Doc. No. 1).

This Court, however, does not have jurisdiction over this matter. Excluding certain categories of cases into which Plaintiff's case does not fall, federal courts only have jurisdiction over cases (1) that arise under federal law, 28 U.S.C. § 1331, or (2) where the parties are completely diverse and the amount in controversy exceeds $75,000, 28 U.S.C. §1332. Plaintiff's claims do not meet any of these qualifications. Accordingly, this Court does not have jurisdiction over Plaintiff's claims and this case is dismissed, without prejudice, pursuant to 28 U.S.C. § 1915(e). Furthermore, pursuant to Section 1915(a)(3), this Court certifies that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 14, 2011